IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR375 |
| RICHARD CARMONA, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

  IT IS ORDERED that the following is set for hearing on **October 26, 2005** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Initial Appearance/Arraignment on Indictment

  Since this is a criminal case, the defendant must be present, unless excused by the Court.

  DATED this 20th day of October, 2005.

                                        BY THE COURT:


                                        s/ F.A. Gossett
                                        United States Magistrate Judge